EDWARD T. MULLEN, Respondent, *v.* B. J. FAYETTE, Doing Business under the Name of VERMONT FRUIT AND GROCERY COMPANY et al., Appellants.

Submitted April 4, 1949; decided April 14, 1949.

*Walter A. Fullerton* for motion.
*J. S. Carter* opposed.

Motion denied, with $10 costs.